Case 4:05-cv-03678-CW   Document 8   Filed 11/22/05   Page 1 of 3

John N. Frye, SBN: 45191
LAW OFFICE OF JOHN N. FRYE
411 Borel Avenue, Suite 500
San Mateo, CA 94402-3520

Attorney for Plaintiff
Amanda Diorio

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT

| | |
|---|---|
| AMANDA DIORIO, | ) Case No.: No. C05 03678 CW |
| Plaintiff, | ) **ORDER GRANTING AS MODIFIED** STIPULATED REQUEST FOR ORDER |
| vs. | ) CHANGING TIME OF CASE ) MANAGEMENT CONFERENCE |
| PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY PLAN and DOES 1-50, inclusive, | ) ) ) DATE: January 13, 2005 |
| Defendants. | ) TIME: 1:30pm ) COURTROOM: 2 ) ) |

Stipulated Request for Order – Case No. C05 03678 CW

1       It is hereby stipulated by the parties, through their counsel, that the Case Management

2   Conference now scheduled for January 13, 2006 at 1:30 pm be continued to February 24, 2006

3   at 1:30 pm.  The Case Management Conference Statement will then be due February 17, 2006.

4   The continuance is requested by plaintiff's counsel because of a conflict with a scheduled

5   Department of Insurance hearing.

6

7                                                  LAW OFFICES OF JOHN N. FRYE

8

9   Dates: November 4, 2005                 _____

10                                                 John N. Frye, Attorney for Plaintiff

11

12                                                 SBC WEST LEGAL DEPARTMENT

13

14  Date: November 16, 2005                 _____
                                                   Marylou Karp, Attorney for Defendant
15                                                 Pacific Telesis Group Comprehensive
                                                   Disability Benefits Plan
16

17

18          **PURSUANT TO STIPULATION, IT IS SO ORDERED,** the Case Management

19  Conference scheduled for January 13, 2006 at 1:30 pm IS extended to ~~February 24~~, March 3 2006 at

20  1:30 pm, and the CMC Statement will be due February 17, 2006.

21

22

23  Dated:    11/22/05    _____    _____
                                                   Honorable Claudia Wilken
24                                                 Judge of the United States District Court

25

Stipulated Request for Order – Case No. C05

IT IS SO ORDERED
Judge Claudia Wilken

** TOTAL PAGE.04 **

**PROOF OF SERVICE**
Diorio v. Pacific Telesis Group
Case No.: C05-03678 CW

I declare that:

I am employed by the Law Offices of John N. Frye in the City and County of San Mateo. I am over the age of eighteen (18) years and not a party to the within action. My business address is 411 Borel Avenue, Suite 500, San Mateo, California 94402.

Pursuant to the directions of the attorney who signed the foregoing, a member of the bar of this court, on November 17, 2005, I served the following document(s) entitled:

**Stipulated Request for Order Changing Time of Case Management Conference**

  X      **(by facsimile transmission)** on the party by transmitting said document(s) from our office by facsimile machine (650) 345-9875 to facsimile machine number(s) below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

  X      **(by mail)** on all parties in said action, in accordance with California Code of Civil Procedure, by placing true copies thereof, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below.

            **(by personal delivery)** by personally delivering a true copy thereof to the person and at the address set forth below.

            **(by overnight mail)** by depositing a true copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully prepaid and addressed as set forth below.

**Marylou Karp, Esq.**
**Pacific Telesis Group Comprehensive**
**Disability Benefits Plan**
**2600 Camino Ramon**
**San Ramon, CA 94583**
**Fax: 925-244-9082**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 17, 2005, at San Mateo, California.

_Christina Lukens_
Christina J. Lukens