UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DIORIO, | Case No. C05 03678 CW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| v. | |
| PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY PLAN, AND DOES 1-50, inclusive, | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

THE PARTIES STIPULATE to participate in the following ADR process:

**Court Processes:**

☒   Early Neutral Evaluation (ENE) (ADR L.R. 5)

The parties agreed to hold the ADR session by:
  The presumptive deadline *(The deadline is 90 days from the date of the order Referring the case to and ADR process unless otherwise ordered.)*

  Other requested deadline   May 3, 2006

DATED: Dec 6, 2005
JOHN N. FRYE
Attorney for Plaintiff AMANDA DIORIO

DATED: Dec. 16, 2005
MARYLOU KARP
Attorney for Defendant,
PACIFIC BELL TELESIS GROUP COMPREHENSIVE DISABILITY PLAN

STIP. & [PROPOSED] ORDER - ADR CERT.
Case No. C 05 03678 CW

1  [PROPOSED] ORDER

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3  Early Neutral Evaluation (ENE)

4  Deadline for ADR session
   May 3, 2006

5

6  IT IS SO ORDERED.

7  DATED: ___12/20___, 2005

8                                              UNITED STATES ~~MAGISTRATE~~ JUDGE



STIP. & [PROPOSED] ORDER – ADR CERT.
Case No. C 05 03678 CW

-2-