John N. Frye, SBN: 45191
LAW OFFICES OF JOHN N. FRYE
411 Borel Avenue, Suite 500
San Mateo, CA 94402-3520
Telephone: (650) 577-0889
Facsimile: (650) 345-9875

Attorney for Plaintiff
Amanda Diorio

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DIORIO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. C 05 03678 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE |

By and through their counsel of record, Plaintiff Amanda Diorio ("Plaintiff") and Defendant Pacific Telesis Group Comprehensive Disability Benefits Plan ("Defendant") hereby stipulate that the parties have reached an agreement to resolve this action in its entirety. The relevant documents have been finalized and the parties hereby stipulate to dismiss this action in its entirety with prejudice. Each side to bear their own fees and costs.

LAW OFFICES OF JOHN N. FRYE

Dated: March 20, 2006

/s/ John N. Frye
John N. Frye, Attorney for Plaintiff
Amanda Diorio

SBC WEST LEGAL DEPARTMENT

Dated: March 20, 2006

/s/ Marylou Karp
Marylou Karp, Attorney for Defendant
Pacific Telesis Group Comprehensive
Disability Benefits Plan

### ORDER

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: 3/23/06

Honorable Claudia Wilken
Judge of the United States District Court

# PROOF OF SERVICE
## Diorio v. Pacific Telesis Group
### Case No.: C05-03678 CW

I declare that:

I am employed by the Law Offices of John N. Frye in the City and County of San Mateo. I am over the age of eighteen (18) years and not a party to the within action. My business address is 411 Borel Avenue, Suite 500, San Mateo, California 94402.

Pursuant to the directions of the attorney who signed the foregoing, a member of the bar of this court, on March 20, 2006, I served the following document(s) entitled:

**Stipulation and [Proposed] Order To Dismiss Action In Its Entirety With Prejudice**

_X_  **(by facsimile transmission)** on the party by transmitting said document(s) from our office by facsimile machine (650) 345-9875 to facsimile machine number(s) below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

_X_  **(by mail)** on all parties in said action, in accordance with California Code of Civil Procedure, by placing true copies thereof, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below.

____  **(by personal delivery)** by personally delivering a true copy thereof to the person and at the address set forth below.

____  **(by overnight mail)** by depositing a true copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully prepaid and addressed as set forth below.

**Marylou Karp, Esq.**
**Pacific Telesis Group Comprehensive**
**Disability Benefits Plan**
**2600 Camino Ramon**
**San Ramon, CA 94583**
**Fax: 925-244-9082**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on March 20, 2006, at San Mateo, California.

*Christina J. Lukens* (signature)
Christina J. Lukens